# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DANIELLE BURLESON, | : | Case No. 3:20-cv-486 |
| Plaintiff, | : : | Magistrate Judge Sharon L. Ovington (by full consent of the parties) |
| vs. | : : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Stipulation to Remand to the Commissioner. (Doc. No. 14). The parties agree that the prior non-disability finding should be vacated and that this matter should be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Appeals Council will remand this matter to an Administrative Law Judge (ALJ) for further proceedings. During those proceedings, the medical opinions of record will be reevaluated under the relevant regulations, claimant will be offered the opportunity for a hearing, and further action will be taken to complete the administrative record and issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Stipulation to Remand to the Commissioner (Doc. No. 14) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

October 8, 2021 *s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge